# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Joseph Anthony Roberson, Sr., <br><br> Plaintiff, <br><br> v. <br><br> State of Minnesota; County of Hennepin; City of Minneapolis; Minneapolis Third Precinct Police Department; Minneapolis Police Officer Gregory Jeddeloh, in his individual and official capacities; Hennepin County Prosecuting Attorney's Office; Hennepin County Assistant Prosecuting Attorney Sarah Stennes, in her individual and official capacities; Honorable Judge Phillip H. Bush of Hennepin County District Court, in his individual and official capacities; Honorable Judge Regina M. Chu of Hennepin County District Court, in her individual and official capacities; Thant Pearson, Area Manager for the DEED Work Force Center/Vocational Rehabilitation Services, in his individual and official capacities; Barbara Schuler, Senior File Manager for the Work Force Center Vocational Rehabilitation Services, in her individual and official capacities; Work Force Center Vocational Rehabilitation Services, in its individual and official capacities; Jennifer (Case Manager to Team 160 of Hennepin County Economic Assistance Program and Appellants/Clients File # 1113065), in her individual and official capacities; Hennepin County Economic Assistance Program, in its individual and official capacities, Kelsie Dolney, CIP/ISR Agent for the Minnesota Department of Corrections, in her individual | Case No. 16-cv-2578 (ADM/HB) <br><br> **O R D E R** |

| | |
|---|---|
| and official capacities; The Minnesota Department of Corrections, in its individual and official capacities; Deborah Shadegg, Hearing and Release Unit Officer for the Minnesota Department of Corrections, in her individual and official capacities; Jeffrey Peterson, Executive Officer for the Hearing and Release Unit of the Minnesota Department of Corrections, in his individual and official capacities; Jackie Busch, Minnesota Correctional Facility-Faribault, in her individual and official capacities; Tom Roy, Commissioner for the Minnesota Department of Corrections, in his individual and official capacities,<br><br>                    Defendants. | |

Joseph Anthony Roberson, Sr., 639 Providence Drive, Box 7, Shakopee, MN 55379, pro se

Kathryn I. Landrum, Minnesota Attorney General's Office, Suite 1100, 445 Minnesota Street, St. Paul, MN 55101, for State of Minnesota, Honorable Philip Bush, Honorable Regina Chu, Work Force Center Vocational Rehabilitation Services, Thant Pearson, Barbara Schuler, Minnesota Department of Corrections, Kelsie Dolney, Jackie Busch, and Tom Roy

James W. Keeler, Jr., and Paul R. Hannah, Hennepin County Attorney's Office, 300 South 6th Street, Suite A-2000, Minneapolis, MN 55487, for Hennepin County, Hennepin County Prosecuting Attorney's Office, Sarah Stennes, Jennifer (Case Manager), and Hennepin County Economic Assistance Program

Andrea Kloehn Naef, Minneapolis City Attorney's Office, 350 South 5th Street, Room 210, Minneapolis, MN 55415, for City of Minneapolis, Gregory Jeddeloh, and Minneapolis Third Precinct Police Department

ANN D. MONTGOMERY, United States District Judge

    This matter is before the undersigned United States District Judge for

consideration of the Report and Recommendation ("R&R") dated December 19, 2016, of

CASE 0:16-cv-02578-ADM-HB   Document 57   Filed 01/13/17   Page 3 of 4

United States Magistrate Judge Hildy Bowbeer. Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the record and adopts the R&R in its entirety.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Motion to Dismiss filed by the State of Minnesota, Honorable Philip Bush, Honorable Regina Chu, Work Force Center Vocational Rehabilitation Services, Thant Pearson, Barbara Schuler, Minnesota Department of Corrections, Kelsie Dolney, Jackie Busch, and Tom Roy [Doc. No. 9] is **GRANTED**, and all claims against these Defendants are **DISMISSED WITH PREJUDICE** except the ADA, Rehabilitation Act, MHRA, and breach of contract claims, which are **DISMISSED WITHOUT PREJUDICE**.

2. The Motion to Dismiss filed by City of Minneapolis, Gregory Jeddeloh, and Minneapolis Third Precinct Police Department [Doc. No. 24] is **GRANTED**, and all claims against these Defendants are **DISMISSED WITH PREJUDICE**.

3. The Motion to Dismiss filed by Hennepin County, Hennepin County Prosecuting Attorney's Office, Sarah Stennes, Jennifer (Case Manager), and Hennepin County Economic Assistance Program [Doc. No. 32] is **GRANTED**, and all claims against these Defendants are **DISMISSED WITH PREJUDICE**.

Dated: January 13, 2017         s/Ann D. Montgomery
                                ANN D. MONTGOMERY
                                United States District Judge